COM.

v.

**WILLIAMS, V.**

**541 EDA 2016**

Superior Court of Pennsylvania.

03/06/2017

CP–23–CR–0002086–2008
(Delaware)

Vacated/Remanded

COM.

v.

**COLON, O., Jr.**

**670 MDA 2016**

Superior Court of Pennsylvania.

03/06/2017

CP–36–CR–0000598–2011, CP–36–CR–0004956–2013, CP–36–CR–0005610–2010
(Lancaster)

Vacated

T.B.

v.

**M.B.**

**1076 MDA 2016**

Superior Court of Pennsylvania.

03/06/2017

2004–FC–40815
(Lackawanna)

Quashed

J.F.T.

v.

**T.A.B., H.M.B., & C.D.C.**

**1312 MDA 2016**

Superior Court of Pennsylvania.

03/06/2017

2016–FC–11–03
(York)

Affirmed